**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jimmie L. YOUNGBLOOD,**
**Defendant–Appellant.**

**No. 15–15229**
**Non–Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 07/13/2016

Peter J. Sholl, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Robert Edward Bodnar, Jr., U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee

Jimmie L. Youngblood, Lake CI—Inmate Legal Mail, Clermont, FL, for Defendant–Appellant

Before WILLIAM PRYOR, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Charles E. Taylor, court-appointed counsel for Jimmie L. Youngblood in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). In addition, Youngblood has filed two motions for the appointment of substitute counsel. Our independent review of the entire record reveals that Taylor's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, Taylor's motion to withdraw is **GRANTED,** Youngblood's conviction and sentence are **AFFIRMED,** and Youngblood's motions are **DENIED** as moot.